**UNITED STATES of America,**
**Appellee,**

v.

**Jeffrey M. HAMMEL, also known as Jeffery M. Hammel, also known as Jeff M. Hammel, also known as Jeffrey Michael Hammel; Defendant,**

**Floyd Hammel, also known as Floyd J. Hammel; Rose Hammel, also known as Rose A. Hammel, Appellants.**

**No. 05–1601.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2006.

Decided: April 17, 2006.

Lawrence Donald Kudej, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Todd J. Locher, Farley, IA, for Appellants.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Floyd and Rose Hammel appeal the district court's [1] in rem judgment and decree of foreclosure granting summary judgment in favor of the government. We have carefully reviewed the record and consid-

---

1. The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

ered the parties' arguments, and find no basis for overturning the district court's well-reasoned opinion. *See ARE Sikeston Ltd. P'ship v. Weslock Nat'l, Inc.*, 120 F.3d 820, 827 (8th Cir.1997) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.